NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000020
25-MAY-2017
07:55 AM

NO. CAAP-16-0000020

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


ONEWEST BANK, FSB, Plaintiff-Appellee,
v.
ROBERT MILLER and LYNNE CICCONE,
Defendants-Appellants
and
DEBORAH STRYKER, Defendant-Appellee,
and
JOHN DOES 1-50 AND JANE DOES 1-50, Defendants.


APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 11-1-0126)


ORDER APPROVING IN PART THE MAY 12, 2017
STIPULATION FOR DISMISSAL OF APPEAL WITH PREJUDICE
(By: Leonard, Presiding Judge, and Reifurth and Ginoza, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal With Prejudice, filed May 12, 2017, by Defendants-Appellants Robert Miller and Lynne Ciccone, it appears that (1) the appeal has not been docketed; (2) pursuant to Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own costs and attorneys' fees on appeal; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) because the appeal has not been docketed, dismissal is authorized by HRAP Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the stipulation to

dismiss the appeal is approved in part, and the appeal is dismissed with prejudice. The parties shall bear their own costs and attorneys' fees on appeal.

DATED: Honolulu, Hawai'i, May 25, 2017.

Presiding Judge

Associate Judge

Associate Judge